MONIQUE C. WINKLER (Cal Bar No. 213031)
JOHN K. HAN (Cal. Bar No. 208086)
 hanjo@sec.gov
ALICE L. JENSEN (Cal. Bar No. 203327)
 jensena@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SISU CAPITAL, LLC, et al.,<br><br>Defendants. | Case No. 23-cv-03855-JSC<br><br>**SEC's Status Report re Joint Case Management Statement**<br><br>Case Management Conference:<br>June 20, 2024, at 9:00am<br><br>Via Zoom Webinar<br>Courtroom: 8, 19th Floor<br><br>Judge: Jacqueline Scott Corley |

Plaintiff Securities and Exchange Commission ("SEC") submits this status report in lieu of the joint Case Management Statement. The SEC has attempted to meet and confer with Defendant Hansueli Overturf ("Hans Overturf") regarding the joint Case Management Statement but he has failed to respond.

1. The parties' joint Case Management Statement and Rule 26(f) Report is currently due on June 13, 2024, which is seven days before the initial Case Management Conference on

June 20, 2024 (ECF Nos 7, 43).

2. On June 3, 2024, SEC counsel emailed Defendant Hans Overturf and attached a proposed joint Case Management Statement and a proposed stipulation to continue the Rule 26(f) report, and asked that he review these materials and provide his inserts by June 6, 2024. Defendant Hans Overturf did not respond. On June 10, 2024, SEC counsel sent a follow-up email asking him to respond by 5:00 p.m. that day so that the parties could prepare the documents for filing. As of the filing of this SEC status report on June 11, 2024, Defendant Hans Overturf still has not responded.

3. Attached as Exhibit 1 are the SEC's emails to Defendant Hans Overturf dated June 3 and June 10, 2024.

4. Attached as Exhibit 2 is the DRAFT joint Case Management Statement that was prepared by the SEC and sent (in substantially the same form) to Defendant Hans Overturf for his review. Defendant Hans Overturf has not responded with his comments or insertions.

5. Should Defendant Hans Overturf respond to the SEC's attempts to meet and confer, the SEC will work with him to prepare and file the joint Case Management Statement in advance of the Case Management Conference.

Dated: June 11, 2024        Respectfully submitted,

  */s/ John K. Han*
 John K. Han
 Attorney for Plaintiff
 SECURITIES AND EXCHANGE COMMISSION