UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>SISU CAPITAL, LLC, et al.,<br><br>   Defendants. | Case No.  23-cv-03855-JSC<br><br>**PRETRIAL ORDER NO. 1** |

The Order confirms the matters discussed at the June 20, 2024 case management conference.

Defendant Hansueli Overturf's answer is due July 1, 2024.

Defendant Hansueli Overturf's initial disclosures are due July 11, 2024

On or before August 6, 2024, Plaintiff shall provide Hansueli Overturf with a proposed case schedule and joint case management conference statement. Mr. Overturf shall thereafter meet and confer with Plaintiff regarding its contents, including a proposed case schedule. The joint case management conference statement shall be filed by August 18, 2024.

The Court will hold a further case management conference at 1:30 p.m. Pacific Time on September 5, 2024 via Zoom video.

**IT IS SO ORDERED.**

Dated: June 20, 2024

JACQUELINE SCOTT CORLEY
United States District Judge