1  Your name: Hansueli Overturf_____

2  Address: Lahngasse 10, 8215 Hallau, Switzerland_____

3  Phone Number: 0041 52 681 14 35_____

4  E-mail Address:____hansuelioverturf@gmail.com_____

5  Pro se

6  UNITED STATES DISTRICT COURT

7  NORTHERN DISTRICT OF CALIFORNIA

8  Division *[check one]*: X San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

|  |  |
|---|---|
| _____SEC_____ | Case Number: 23-cv-03855-JSC |
|  | **Defendant's Hans Overturf's status report.** |
| Plaintiff, |  |
| vs. | **Case management conference** |
| _____Hansueli Overturf_____ |  |
|  | DATE: January 16h, 2025 _____ |
|  | TIME: 1:30_____ |
|  | JUDGE: |
| Defendant. | Hon. Jacqueline Scott Corley |

_____My apologies, if I did not submit this status report properly in the PACER system. This system is not easy to navigate and one seems to require a law degree in order to understand it.

_____.

Status report by Hansueli Overturf, defendant for case managemen conference

CASE NO.: _23-cv-03855-JSC_____; PAGE 2__ OF __2

1.  I forthwith submit this status report pursuant to the court's minute order of January 10th, 2025 (ECF Nr. 73). I apologize to Honorable Jacqueline Scott Corley for submitting this status report four days late. I have tried to obtain legal help to make sure I can meet all the demands by the court and the plaintiff, and short of hiring an attorney, which requires me to pay at least $50,000 as an upfront retainer. I have also obtained legal help by the Federal Pro Bono Project. But other than some forms and two conversations, they were unable to pro-actively assist m and recommended I should get an attorney if I can afford it.

2.  As the plaintiff already reported to you on January 10th, I met with them in November and I believe we made significant progress towards a resolution, although defendant has not compromised in any of their demands, other than a reduction in the fine they had originally demanded.

3.  Ergo, I would like to ask for some more time to discuss with the plaintiff the one or two points that I need the SEC to yield on their position. I have not received any client complaints during the time the alleged violations took place, nor did my two co-defendants. So I believe that the SEC has leeway to settle this case.

4.  As per my request yesterday, I would like to ask to postpone the case management conference by at least three weeks from January 16th. Hopefully, plaintiff and I will have arrived at a compromise by then. .

_____Respectfully submitted, Hansueli Overturf

Status report by Hansueli Overturf, defendant for case managemen conference

CASE NO.: _23-cv-03855-JSC_____; PAGE 2__ OF __2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Status report by Hansueli Overturf, defendant for case managemen conference

CASE NO.: _23-cv-03855-JSC_____; PAGE 2__ OF __2