UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br> v.<br><br>SISU CAPITAL, LLC, et al.,<br><br>  Defendants. | Case No. 23-cv-03855-JSC |

**[~~PROPOSED~~] ORDER**

  Based on the Joint Stipulation (Dkt. No. 109), and for good cause shown, IT IS HEREBY:

  ORDERED that all current court-imposed deadlines and scheduled event dates, including the December 5, 2025 fact discovery deadline, are VACATED;

  FURTHER ORDERED that all proceedings in this Civil Case, including discovery, are stayed for a period of 90 days; and

  FURTHER ORDERED that, within 14 days after the Securities and Exchange Commission shutdown ends, the Parties submit a revised joint proposed discovery and Case Management Schedule.

Respectfully submitted,

Dated: October 21, 2025

_____
The Honorable Jacqueline Scott Corley
United States District Judge